### 61894. TIDWELL v. HOWARD et al.

QUILLIAN, Chief Judge.
Affirmed in accordance with Court of Appeals Rule 36.
*Judgment affirmed. McMurray, P. J., and Pope, J., concur.*

DECIDED JUNE 24, 1981.

*Carl H. Hodges,* for appellant.
*James H. Cox,* for appellee.